**Lawrence E. WILLIAMS, Jr.,
Plaintiff–Appellant,**

v.

**STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES; William W. Sondervan, Ed. D., Commissioner (in his official and individual capacity), Defendants–Appellees.**

No. 02–6088.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Lawrence E. Williams, Jr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lawrence E. Williams, Jr., appeals the district court's order denying relief on his complaint filed under 42 U.S.C.A. § 1983 (West Supp.2001) and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12131–12134 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court that Williams' claims lack merit. *See Williams v. Maryland Dep't of Pub. Safety,* No. CA–00–3779–H (D.Md. Dec. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*